# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

**Case No. 07-CR-55**

-vs-

**JEFFREY B. COLQUITT,**

        Defendant.

## DECISION AND ORDER

Magistrate Judge William Callahan has recommended to this Court that the defendant Jeffrey B. Colquitt's ("Colquitt") pretrial motions be denied-in-part, deferred-in-part, and denied-as-moot-in-part. In addition, Colquitt brings a motion to dismiss the indictment and/or "Supplemental Demand for Discovery and Inspection."

The Court has read the Recommendation and all relevant supporting material, including Colquitt's objections, and rules as follows:

The Court adopts the Magistrate Judge's Recommendation *in toto*. The Court also adopts the legal rationale used by Magistrate Judge Callahan in making this Recommendation.

In addition, the Court denies Colquitt's motion to dismiss and request for supplemental discovery and inspection.

Dated at Milwaukee, Wisconsin, this 7th day of December, 2007.

**SO ORDERED,**

**s/ Rudolph T. Randa**
**HON. RUDOLPH T. RANDA**
**Chief Judge**